# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **CV 18-473-JFW(PLAx)**                                          Date: July 13, 2018

Title:     Jose Alba -v- Layne Christensen Company, et al.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT

On July 2, 2018, the Court issued an Order to Show Cause as a result of the parties' violation of the Court's February 22, 2018 Order to conduct a Settlement Conference by June 25, 2018.

The Court has reviewed the Plaintiff's Statement Re: Order to Show Cause (Docket No. 19) and Defendant's Response to Order to Show Cause (Docket No. 20). Based on the litany of excuses and claimed inadvertent errors, the Court declines to discharge the Order to Show Cause.

In addition, in light of counsel's admitted violations of the Court's Order, the Court concludes that counsel and their clients will be better served by proceeding in state court. Accordingly, this action is remanded to Los Angeles Superior Court.

IT IS SO ORDERED.